

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 25-cr-20825

    Hon. Gershwin A. Drain

BEKEIBA HOLLAND,

    Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Bekeiba Holland, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts 1–3:** 18 U.S.C. § 922(g)(1), *Possession of a Firearm by a Felon*, punishable by up to 15 years of imprisonment, a $250,000 fine, or both.

Dated: 11/5/25

    Bekeiba Holland – Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 11/5/25

    Jeffrey Taylor
    Counsel for Defendant